NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARON SERVICES, INC.,**
*Plaintiff-Appellant,*

v.

**MEDIA WEATHER INNOVATIONS LLC,**
*Defendant-Appellee.*

---

2012-1285, -1443

---

Appeal from the United States District Court for the Northern District of Alabama in case no. 11-CV-1606, Judge Inge P. Johnson.

---

## ON MOTION

---

## ORDER

Media Weather Innovations moves for leave to file a supplemental appendix. Baron Services, Inc. responds but does not oppose the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

BARON SERVICES, INC. v. MEDIA WEATHER INNOVATIONS LLC     2

The motion is granted.   Copies of the supplemental appendix shall be transmitted to the merits panel along with the joint appendix.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25